UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                                       Case No. 1:23-cr-9

v.                                                   Honorable Jane M. Beckering

CORWIN MONTE JETT, JR.,

        Defendant.
_____/

**ORDER**

        Defendant Corwin Monte Jett, Jr., was released on a bond and order setting conditions of release on August 11, 2023 (ECF No. 16). On November 11, 2023, a petition and order regarding conditions of pretrial release was entered (ECF No. 28), and another petition and order regarding conditions of pretrial release was entered on December 6, 2023 (ECF No. 40), both stating that defendant had violated the conditions of his bond. A warrant was issued for defendant's arrest and defendant was arrested on December 7, 2023. An initial appearance on the bond violations was held on that same day and defendant consented to detention (ECF No. 42).

        **IT IS HEREBY ORDERED** that the defendant is remanded to the custody of the Attorney General pending further proceedings before the District Judge.

        **IT IS FURTHER ORDERED** that the petitions and orders regarding conditions of pretrial release (ECF Nos. 28, 40) are dismissed as moot.

Date: December 7, 2023                                    /s/ Ray Kent
                                                                RAY KENT
                                                                United States Magistrate Judge